# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| ROBERT C. COURBOIN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:13-cv-03109-JSM-TGW |
| CANDACE SCOTT, ET AL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Arthur J. Smith and Arthur J. Smith Appraisals, LLC

Date: 1/31/2014

*Attorney's Signature*

Scott H. Jackman, FBN 194522
*Printed name and bar number*

Cole, Scott & Kissane, P.A.
4301 West Boy Scout Blvd, Suite 400
Tampa, FL 33607

*Address*

scott.jackman@csklegal.com
*E-mail address*

(813) 864-9306
*Telephone number*

(813) 286-2900
*FAX number*