# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT C. COURBOIN,

    Plaintiff,

v.                                                   Case No: 8:13-cv-3109-T-30TGW

CANDACE SCOTT, *et al.*,

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the mandate (Dkt. #25) of the Eleventh Circuit Court of Appeals. Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Clerk is directed to reopen this case.

2. The portion of this Court's Order dismissing Plaintiff's Complaint on the merits (Dkt. # 21) is hereby vacated.

3. The Complaint is dismissed without prejudice for lack of personal jurisdiction only.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of January, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record